UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

THOMAS PATRICK MCGOWAN,

    Plaintiff,

    v.                                   CAUSE NO. 3:24-CV-204-JD-SJF

TCHAPTCHET, CHERYL,

    Defendants.

## ORDER

Thomas Patrick McGowan was ordered to prepare and file a brief status report by October 25, 2024. ECF 15. On October 1, 2024, the court received a notice from McGowan indicating his address had changed. ECF 16. The court mailed a copy of the order setting the deadline to file a status report to the new address McGown provided, but it was returned as undeliverable. ECF 18. On October 17, 2024, McGowan was ordered to show cause why this case should not be dismissed pursuant to Federal Rule of Civil Procedure 41(b). He was cautioned that, if he did not respond by November 6, 2024, this case could be dismissed without further notice. A copy of that order was sent to McGowan at his last known address. McGowan did not respond to the order.

McGowan has not provided the court with his current address. "The demand that plaintiffs provide contact information is no esoteric rule of civil procedure, but rather the obvious minimal requirement for pursuing a lawsuit." *Tylicki v. Ryan*, 244 F.R.D. 146, 147 (N.D. N.Y. 2006) (quotation marks and citation omitted).

Because it appears that Thomas Patrick McGowan has abandoned this case, this case is DISMISSED pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED on November 21, 2024

/s/JON E. DEGUILIO
JUDGE
UNITED STATES DISTRICT COURT